UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL LOPEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>NEXTERA ENERGY OPERATING SERVICES, LLC,<br><br>   Defendant. | Case No.  15-cv-00588-MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

   Having reviewed the parties' Joint Case Management Statement, the Court VACATES the October 1, 2015 Case Management Conference.  As requested, the Court CONTINUES the dispositive motion hearing date to January 14, 2016 at 10:00 a.m.  Briefing deadlines are unaffected.

   **IT IS SO ORDERED.**

Dated: September 29, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge