CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
VALERIE D. KAHN (SBN 286532)
valerie.kahn@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
Facsimile:     (415) 591-7510

PHILIPPE A. LEBEL (SBN 274032)
philippe.lebel@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517
Telephone:    (310) 203-4000
Facsimile:     (310) 229-1285

Attorneys for Defendant
NEXTERA ENERGY OPERATING
SERVICES, LLC

*GRANTED*
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL LOPEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>NEXTERA ENERGY OPERATING SERVICES, LLC, and Does 1 through 25, inclusive,<br><br>            Defendants. | Case No. 3:15-cv-00588 MEJ<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant NextEra Energy Operating Services, LLC and Plaintiff Juan Manuel Lopez reached an agreement on the terms of settlement for this matter on or around November 5, 2015. Defendant is currently awaiting Plaintiff's signature of the written settlement agreement. Once the agreement is signed by all parties and relevant obligations thereunder are satisfied, this matter will be dismissed with prejudice.

Pending the signature of the final written agreement by all parties, Defendant respectfully requests that the Court vacate all hearings and deadlines currently scheduled in this matter.

Dated: December 11, 2015            DRINKER BIDDLE & REATH LLP

                                    /s/ *Cheryl D. Orr*
                                    Cheryl D. Orr
                                    Philippe A. Lebel
                                    Valerie D. Kahn

                                    Attorneys for Defendant NextEra Energy Operating Services, LLC

```
All pending deadlines are VACATED. The parties shall file a
dismissal or joint status report by February 11, 2016.


Dated: December 14, 2015
```

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA