UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>NEXTERA ENERGY OPERATING SERVICES, LLC,<br><br>    Defendant. | Case No. 15-cv-00588-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On November 3, 2015, the parties reached an agreement on the basic terms of settlement for this entire action. Plaintiff agreed to the settlement amount verbally, and Plaintiff's counsel communicated Plaintiff's agreement to Defendant's counsel. Thereafter, Plaintiff's counsel communicated the proposed written settlement agreement to Plaintiff, but he has not signed the settlement agreement or communicated with his counsel for more than five months, despite numerous efforts by counsel to communicate. Based on this inaction, the Court ORDERS Plaintiff Juan Manuel Lopez to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by May 2, 2016. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on May 12, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiff that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above. Plaintiff's counsel shall serve a copy of this Order on Plaintiff and file proof of service. No chambers copy is required.

The April 21, 2016 Case Management Conference is VACATED.

**IT IS SO ORDERED.**

Dated: April 18, 2016

                                                                                                          _____<br>
                                                                                                          MARIA-ELENA JAMES<br>
                                                                                                          United States Magistrate Judge